THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina Department
 of Social Services, Respondent,
 v.
 Chasity R., et. al., of
 whom Chasity R. is Appellant.
 In
 the interest of: S.A.G., DOB 10/31/99; F.G., DOB 11/9/03; and P.G., DOB
 09/10/06, all minor children under the age of eighteen years. 
 
 
 

Appeal From Aiken County
Deborah Neese, Family Court Judge

Unpublished Opinion No. 2009-UP-024
Submitted January 2, 2009  Filed January 13, 2009    

AFFIRMED

 
 
 
 Noel
 Ingram, of Augusta, Georgia, and Susan Reimer, for Appellant.
 Dennis
 Gmerek, for Respondent.
 Michael
 Taylor, for Guardian Ad Litem.
 
 
 

PER
 CURIAM:  Chasity R. appeals the
 termination of her parental rights to S.A.G., F.G., and P.G.  See S.C. Code Ann. § 20-7-1572 (Supp. 2007).[1]  Upon a thorough review of the record and
 the family courts findings of fact and conclusions of law, pursuant to Ex
 Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious
 issues warrant briefing.   Accordingly, we affirm the family courts ruling and
 relieve counsel.  
AFFIRMED.[2]
WILLIAMS, PIEPER, and GEATHERS, JJ., concur.

[1] Effective June 16, 2008, the General Assembly amended
 the Code of Laws of South Carolina by adding Title 63, the South Carolina
 Childrens Code, and transferring all provisions of Title 20, Chapter 7 to
 Title 63.  See Act No. 361, 2008 S.C. Acts 3623 (stating the transfer
 and reorganization of the code provisions in this act are technical . . . and
 are not intended to be substantive).  Because Title 63 has not yet been bound,
all citations to the statute refer to Title 20.
[2] We decide this case without oral argument pursuant to
Rule 215, SCACR.